# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00011-CDB |
| Plaintiff, | CVB Violation 09888009 / CA14 |
| v. | ORDER TO REFUND OVERPAYMENT |
| KAREN MOLAND, | (Doc. 3) |
| Defendant. | |

Defendant, Karen Moland, was issued Violation Notice 09888009 with a total collateral due of $264.00. On January 30, 2025, Defendant paid the full amount of $264.00 and the Court accepted the $264.00 as payment in full and closed the case.

At Defendant's initial appearance, the United States of America represented to the Court that the collateral identified on the citation was incorrect and thereafter filed an amended citation lowering the amount of the collateral due.

In light of the corrected collateral amount and Defendant's overpayment, the Court ORDERS that a refund be issued to Defendant in the amount of $84.00.

IT IS SO ORDERED.

Dated: __February 12, 2025__    _____
UNITED STATES MAGISTRATE JUDGE